AO 442 (Rev. 01/09) Arrest Warrant                                    10213783

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

United States of America
v.
Ruslan Yeliseyev
a/k/a, Ruslan Eliseev, and
a/k/a, Ruslan Yeliseev

)
)
)  Case No. 1:16-MJ-545
)
)
)

Defendant

**UNDER SEAL**

RECEIVED UNITED STATES MARSHAL
2016 DEC -2 AM 9:09
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Ruslan Yeliseyev a/k/a, Ruslan Eliseev, and a/k/a, Ruslan Yeliseev                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Wire Fraud
Aiding and Abetting

                                                              /s/
                                                              Theresa Carroll Buchanan
                                                              United States Magistrate Judge

Date: 12/01/2016                                              _____
                                                              *Issuing officer's signature*

City and state:  Alexandria, Virginia         Honorable Theresa C. Buchanan, U.S. Magistrate Judge
                                                              *Printed name and title*

---

**Return**

This warrant was received on *(date)* 12/2/16, and the person was arrested on *(date)* NA
at *(city and state)* NA

Date: 12/27/16                                                _____
                                                              *Arresting officer's signature*

                                                              _____
                                                              *Printed name and title*

Superceded by Indictment